■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff-Respondent, v SAMUEL J. HARRIS, Defendant-Appellant. [748 NYS2d 124] —Appeal from a judgment of Niagara County Court (Sperrazza, J.), entered March 21, 2001, convicting defendant upon his plea of guilty of attempted assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Clark*, 176 AD2d 1206, 1206-1207, *lv denied* 79 NY2d 854). Present—Pine, J.P., Wisner, Hurlbutt, Scudder and Burns, JJ.